AO 91 (Rev. 11/11)   Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| RANDY JONAL SCHENCK | ) | 19-063 MAG |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 2014 to October 2017_ in the parish of _Jefferson, among others,_ in the _Eastern_ District of _Louisiana_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343, 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1028(A) | Aggravated Identity Theft |
| 18 U.S.C. § 2421 | Transportation With Intent to Commit Prostitution |
| 18 U.S.C. §§ 1591(a)(1) and (a)(2) | Sex Trafficking by Force, Fraud, and Coercion |

This criminal complaint is based on these facts:

See attached affidavit.

Fee _____
Process _____ USM
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

☑ Continued on the attached sheet.

_Jennifer L. Terry_
_Complainant's signature_

Special Agent Jennifer L. Terry, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___06/06/2019___

_Judge's signature_

City and state: ___New Orleans, Louisiana___

Hon. Michael B. North, U.S. Magistrate Judge
_Printed name and title_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# SEALED

UNITED STATES OF AMERICA     *     **CRIMINAL NO. 19-063 MAG**

v.     *

RANDY JONAL SCHENCK     *     **SECTION:  MAGISTRATE**

            *     *     *

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jennifer Terry, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since December 2007.  I am currently assigned to the New Orleans Field Office Child Exploitation and Human Trafficking Task Force.  During my assignment with the FBI, I have conducted a variety of types of investigations to include child exploitation, human trafficking, white collar crimes, health care fraud, and violent crimes.  I have participated in the execution of numerous search warrants and have made arrests regarding the aforementioned matters.

2.      This affidavit is made in support of an application for a warrant to arrest Randy Jonal Schenck ("**SCHENCK**") for acts of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1343, 1349; aggravated identity theft, in violation of Title 18,

United States Code, Section 1028A; transportation with intent to engage in prostitution, in violation of Title 18, United States Code, Section 2421; and sex trafficking by force, fraud, and coercion, in violation of Title 18, United States Code, Sections 1591(a)(1)) and (a)(2).

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 1343, 1349, 1028A, 2421, and 1591 have been committed by **SCHENCK**.

## PROBABLE CAUSE

5.      In about January 2013, **SCHENCK**, a resident of New Orleans, Louisiana, became acquainted with Dominique Aliana Berry ("Berry"). **SCHENCK** was then a resident of New Orleans, but he had been raised in the California. **SCHENCK** and Berry developed a romantic relationship.

6.      At the time they met, **SCHENCK** was 31 years old, and Berry was 23 years old. Shortly before Berry met **SCHENCK**, Berry's son died, and she lost custody of her other children. Berry was unemployed and looking for work so that she could save up money to purchase a headstone for her deceased son's grave and hire an attorney to help her regain custody of her children.

7.      According to a statement by Berry, approximately three weeks after she met **SCHENCK**, **SCHENCK** convinced her to begin working for an escort agency called All Star Escorts. At that same time, Berry and **SCHENCK** began living together in a hotel in New

2

Orleans East. **SCHENCK** set up all of the dates which Berry performed for the agency. In addition, **SCHENCK** took and kept all the proceeds Berry made from working at the agency. Berry worked as an escort for the agency in the New Orleans area and only performed prostitution "outcall dates."[1]

8.     According to a subsequent statement made by Berry, after Berry worked for the escort agency for about three months, she asked **SCHENCK** for the money she had made from the agency. Berry wanted the money to purchase a headstone for her son's grave. However, **SCHENCK** refused to give Berry the money and punished Berry for asking by striking her and attempting to drown her in the bathtub. From that point on, **SCHENCK** was physically abusive to Berry on a regular basis.

9.     After a few months, **SCHENCK** modified the prostitution operation. The new operation involved Berry meeting potential prostitution dates either through online prostitution advertisements, which were posted by **SCHENCK**, or by Berry approaching men on the street or in nightclubs. During the prostitution date, Berry would steal the man's wallet, debit cards, credit cards, cellular phone, and other valuables. **SCHENCK** and Berry would then use the man's credit card without his authorization and sell the stolen cellular phones and other valuables at pawn shops or online.

10.     Berry advised that the entire time she worked for **SCHENCK**, all of the money she earned through prostitution and other criminal activities was taken and kept by **SCHENCK**. Additionally, on a regular basis, **SCHENCK** threatened, slapped, struck, beat and choked Berry

---

[1] Based on my training and experience, I know that "outcall" prostitution dates occur when an individual acting as a prostitute travels to the location of the customer, usually a hotel room or residence, for the purpose of engaging in sexual activity for money. This contrasts with an "in call" date, where the customer travels to the location, usually a hotel room, of the person acting as a prostitute.

for the purpose of establishing dominion and control over her and to control her behavior. **SCHENCK** typically did so when he believed Berry was not performing her role effectively, stealing enough from the dates, or not wanting to work.

11.     According to police reports, in 2013 and 2014, Berry was arrested numerous times in or around the New Orleans metro area related to prostitution and theft.

12.     According to Berry, in about 2015, **SCHENCK** became more aggressive and physically abusive towards her.  When Berry refused to work as a prostitute, **SCHENCK** punished her by beating or striking her. For example, in June 2015, Berry and **SCHENCK** drove to the French Quarter of New Orleans for Berry to work as a prostitute. Upon arriving in the French Quarter, Berry told **SCHENCK** she did not want to work. **SCHENCK** became angry with Berry, struck her in the face multiple times, and then knocked her unconscious. **SCHENCK** then took Berry to Tulane Medical Center for treatment.

13.     Medical records confirm that on June 11, 2015, Berry was left unconscious on the emergency room ramp of Tulane Medical Center in New Orleans, Louisiana. Upon being examined by the hospital, Berry was found to have had a loss of consciousness, multiple facial contusions, and a broken nose. When questioned by hospital staff about the contusions, Berry advised that she had been drinking and must have fallen. However, the treating physician noted in the medical record, that Berry's blood alcohol level was not high enough to warrant her being unconscious.

14.     According to a statement made by Berry, in or around mid-2015, Berry left **SCHENCK** and went to live with her sister in Slidell, Louisiana. After Berry left, **SCHENCK** attempted to coerce her to come back to him, but Berry refused. After several days, **SCHENCK** drove to the home of Berry's mother and took photographs of Berry's mother and sister sitting

on the front porch. **SCHENCK** then sent Berry the photographs by text message and threatened Berry.  Berry advised that because she was worried for the safety of her family, she agreed to go back to **SCHENCK** and continue working as a prostitute for him.

15.     In or around late 2015, after Berry agreed to return to **SCHENCK** and continue working as a prostitute for him, **SCHENCK** decided he and Berry needed to relocate to California. **SCHENCK** drove Berry to California in order for them to continue their prostitution and theft scheme in a new location. Upon arriving in California, **SCHENCK** and Berry initially stayed with his family, but eventually **SCHENCK** rented various hotel rooms in his name in which he and Berry stayed.

16.     While traveling to California, **SCHENCK** posted prostitution advertisements for Berry on the online classified website Backpage.com. From September 4, 2015, to September 6, 2015, a prostitution advertisement (Post ID 34728579) featuring photographs of Berry was posted for the Tucson, Arizona area. The advertisement utilized telephone number (504) 202-6622, a telephone number which was subscribed to **SCHENCK** from September 2015 through January 2016.

*Fall 2015: California*

17.     On September 22, 2015, a prostitution advertisement (Post ID 10199421) featuring photographs of Berry was posted for the Bakersfield, California area. From September 23, 2015 to September 24, 2015, a prostitution advertisement (Post ID 10216337) featuring photographs of Berry was posted for the Bakersfield, California area. From September 25, 2015 to September 26, 2015, a prostitution advertisement (Post ID 10231173) featuring photographs of Berry was posted for the Bakersfield, California area. From November 1, 2015 to December 31, 2015, a prostitution advertisement (Post ID 58130915) featuring photographs of Berry was

5

posted for the Los Angeles area.  All of these advertisements utilized telephone number (504) 427-9718, a cellular number subscribed to Dominique Berry.

18.     Berry advised that while she and **SCHENCK** were in California, Berry was not making much money through her prostitution activities. Therefore, **SCHENCK** devised a new scheme in which Berry would begin drugging her prostitution dates so that she and **SCHENCK** could rob them more effectively once they were unconscious. **SCHENCK** began mixing prescription medications, including Xanax, Seroquel, Depakote, and Trazodone, and putting them into capsules for Berry to drop into the dates' drinks. **SCHENCK** instructed Berry that once she dropped the capsules into a date's drink, she was to text him "DP" to let him know that the date was going to lose consciousness soon.    (Affiant's note: based on my training, experience, and familiarity with this investigation, I know that "DP" is shorthand for "dropped pill.")  Once the customer was incapacitated, **SCHENCK** would come to the date's residence and help Berry rob the customer. Around this time, **SCHENCK** was not only posting prostitution advertisements for Berry, but he also began creating fake profiles on various online dating sites in order for Berry to meet men to drug.

*2016: Arizona*

19.     In early 2016, **SCHENCK** drove Berry from Los Angeles, California to Arizona for her to work as a prostitute and continue the theft scheme. In Arizona, **SCHENCK** posted prostitution advertisements for Berry on the online classified website Backpage.com. On March 30, 2016, a prostitution advertisement (Post ID 39230414) featuring photographs of Berry was posted for the Phoenix, Arizona area. The advertisement utilized telephone number (504) 223-4426. A query of a database that compiles public records showed the number as being subscribed

6

to and used by **SCHENCK**.  Further, the number was found to be linked to **SCHENCK** as outlined below.

20.     On June 5, 2016, **SCHENCK** purchased a white 2006 Mercedes R350 from Certified Luxury Auto located in Scottsdale, Arizona. On the credit application for the purchase, **SCHENCK** lists his cellular telephone number as (504) 223-4426. Following the purchase, the white Mercedes R350 was registered to **SCHENCK** in Arizona and was assigned Arizona license plate BWB6164.

21.     According to police reports, in about early June 2016, an adult male met Berry in the Talking Stick Resort casino. Berry accompanied the adult male to his room and stayed the night. When the adult male woke the next morning, he discovered that his wallet and cellular telephone had been stolen.

22.     According to the Salt River Police Department report, on or about June 6, 2016, **SCHENCK** and Berry traveled to a Target store located near Salt River, Arizona in **SCHENCK's** white Mercedes Benz automobile bearing Arizona license plate BWB6164.  Once at the Target store, Berry attempted to use the MasterCard obtained without authorization from the male she me at Talking Stick Resort casino to make two purchases in the amounts of $406.00 and $106.00, respectively, without the adult male's knowledge or authorization.  Surveillance footage from the Target store was obtained by the Salt River Police Department and used to create a bulletin.

23.     From September 22, 2016 to September 23, 2016, a prostitution advertisement (Post ID 42809188) featuring photographs of Berry was posted for the Tucson, Arizona area. The advertisement utilizes telephone number (504) 223-4426.

24.     According to police reports, in about September 2016, Berry was arrested in Salt River, Arizona for theft of a wallet and identity theft.  The arrest was based on Berry's conduct in about June 2016 at the Talking Stick Resort.  Specifically, a security guard at the Talking Stick Resort recognized Berry from the bulletin and contacted police. The Salt River Police found that Berry's likeness and tattoos matched those seen in the surveillance footage. In addition, Salt River Police discovered that the phone number of the cellular phone in Berry's possession was the same number the adult male victim had reported as belonging to the female whom had stolen his wallet and cellular phone.

*October 2016: New Mexico*

25.     Following Berry's arrest in Salt River, Arizona, **SCHENCK** drove Berry from Arizona to Albuquerque, New Mexico, in order for Berry to work as a prostitute and continue the theft scheme.  In New Mexico, **SCHENCK** continued to post prostitution advertisements for Berry on the online classified website Backpage.com. On October 1, 2016, a prostitution advertisement (Post ID 8129829) featuring photographs of Berry was posted for the Albuquerque, New Mexico area. On October 6, 2016 a prostitution advertisement (Post ID 8156051) featuring photographs of Berry was posted for the Albuquerque, New Mexico area. The telephone number listed in the advertisements was (504) 223-4426, the same number listed in Backpage.com advertisements in Phoenix, Arizona and Tucson, Arizona and listed as **SCHENCK's** cellular number on the credit application for the white Mercedes R350. Additionally, according to hotel records, **SCHENCK** rented a hotel room for himself and Berry at the Rodeway Inn in Albuquerque, New Mexico from October 4, 2016 to October 7, 2016.

*October 2016: Tucson, Arizona*

26.     According to a statement made by Berry, **SCHENCK** next drove Berry from Albuquerque, New Mexico to Tucson, Arizona in order for her to work as a prostitute and continue the theft scheme. This statement is supported by hotel records which show that **SCHENCK** rented hotel rooms for him and Berry at the Quality Inn in Tucson, Arizona from October 8, 2016 to October 10, 2016 and then at the Ramada Inn in Tucson, Arizona from October 10, 2016 to October 12, 2016.

27.     According to a Tucson Police Department report, in about October 2016, an adult male in Tucson, Arizona met up with a woman who identified herself as "Stephanie" at a restaurant in Tucson, Arizona, after "meeting" her via the online dating site "Plenty of Fish." After meeting at the restaurant, "Stephanie" accompanied the adult male to his home where they had sex before the adult male "passed out." The next morning when the adult male woke up, multiple items were missing from his home including his wallet, Chase bank visa card, cellular phone, $5,000.00 in US currency, and multiple pairs of designer sunglasses. When filing the report, the adult male told officers that "Stephanie" had advised that she was staying at the Ramada Inn on Tanque Verde Road. Officers then responded to the Ramada Inn and provided the front desk manager with a description of "Stephanie." The front desk manager advised that the woman matching that description was staying in a room rented by **SCHENCK**. Further, the hotel provided copies of **SCHENCK's** driver's license and registration information and on the hotel registration paperwork, **SCHENCK** listed his vehicle as a Mercedes R350 with Arizona plate BWB6164. The officers ran the license plate number BWB6164 and found it to be registered to **RANDY SCHENCK**. Further, officers reviewed the hotel's surveillance footage and identified images of **SCHENCK** and Berry together.

9

*October 2016: California*

28.     According to hotel and Backpage.com records, **SCHENCK** then drove Berry from Arizona to California in order for her to work as a prostitute and continue the theft scheme. On October 21, 2016 and October 22, 2016, a prostitution advertisement (Post ID 14063100) featuring photographs of Berry and utilizing telephone number (504) 339-3990 was posted for the Bakersfield, California area. Then on October 24, 2016, a prostitution advertisement featuring photographs of Berry and utilizing telephone number (504) 339-3990 was posted for the San Francisco, California area.

*December 2016: Peoria, Arizona*

29.     According to police reports, in about December 10, 2016, an adult male located in Peoria, Arizona, met Berry via the online classified advertisement marketplace Craigslist. Berry traveled to his home, and together they consumed alcoholic beverages. The male informed law enforcement authorities that he "blacked out;" when he awoke, Berry had left and numerous items were missing. The missing items included his wallet, tablet computer, cellular telephone, and approximately five firearms. The male also reported that someone had attempted to use his credit card at a gas station, but the card was declined. Subsequent investigation determined that Berry's fingerprints were found inside the male's residence. In addition, the male positively identified Berry from a photographic lineup. According to hotel records, from December 8, 2016 through December 11, 2016, **SCHENCK** rented a room for himself and Berry at the Ramada Inn in Tempe, Arizona.

*December 2016: Sacramento, California*

30.     In or around December 13, 2016, **SCHENCK** drove Berry from Arizona to Sacramento, California and rented a room at the Rodeway Inn in Sacramento, California.

According to police reports, on about December 22, 2016, an adult male located in the Sacramento, California area, met Berry via Craigslist. Shortly thereafter, Berry traveled to his residence, and together they consumed alcoholic beverages. The male lost consciousness after consuming approximately five alcoholic beverages and woke up the next day in the hospital. According to the police report, the male had Xanax and Ativan in his system, but he denied knowingly taking either substance. When the male returned home, he observed that his closet had been ransacked and numerous items were missing, including $300 in cash, a Home Depot credit card, his driver's license, his state-issued prescription marijuana card, two smartphones, a netbook computer, and one pound of medical marijuana. Berry's fingerprints were found inside the male's residence, and the male was able to provide law enforcement with a photograph of Berry that she had sent to him when she responded via Craigslist.

31. Further investigation into the above captioned matter, revealed that a charge in the amount of $181.00 was made on the Home Depot credit card belonging to the adult male in Sacramento without his authorization. According to police reports, detectives obtained surveillance footage from the store at which the credit card was used and identified **SCHENCK** as the individual whom used the credit card. Additionally, surveillance footage showed **SCHENCK** leaving the store in a white Mercedes SUV.

*February 2017: Metairie, Louisiana*

32. According to a statement by Berry, in or around early 2017, **SCHENCK** decided he and Berry needed to return to Louisiana because they were not making enough money in California. **SCHENCK** drove Berry from California to New Orleans, Louisiana in order for her to work as a prostitute and continue the theft scheme. In New Orleans, Berry and **SCHENCK** stayed at the home of **SCHENCK's** cousin, Witness 1, whose identity is known to me. In or

around February 2017, while staying at Witness 1's residence, **SCHENCK** became angry with the way Berry interacted with another prostitute and physically assaulted her in front of Witness 1. **SCHENCK** beat Berry with a belt and his fists, and then slammed her head into a bathroom cabinet causing her to lose consciousness.

33.     According to police reports, on about February 25, 2017, at approximately 3:26 pm, deputies from the Jefferson Parish Sheriff's Office found S.A., an adult male, deceased inside his Metairie, Louisiana apartment.  Missing from S.A.'s apartment were his wallet, his two cellular phones, and his keys.  S.A.'s 2012 Toyota Tacoma was also missing. Subsequent investigation revealed that on the night of February 24, 2017, S.A. met Berry through the social media cellular phone application "Meet Me."  S.A. exchanged numerous phone calls and text messages with an individual(s) using phone number (504) 339-3990 (a phone number associated with prostitution advertisements containing images of Berry that had been posted in Bakersfield, California and San Francisco, California.) Further, Berry's fingerprints were recovered from a bottle of bourbon found in S.A.'s apartment.

34.     According to the autopsy report, at the time of his death, S.A. had alcohol, Gamma Hydroxybutyrate[2] and three anti-psychotic medications in his system.

35.     On the afternoon of February 25, 2017, after S.A.'s death, charges were made to S.A.'s Chase bank debit card at the Walmart Supercenter in New Orleans, Louisiana for $81.04 (with two other transactions being declined at that location) and at the Discount City located in

---

[2] Based on my training and experience, I know that Gamma Hydroxybutyrate (a/k/a "GHB") is a central nervous system depressant that is commonly used as an intoxicant.  Common side effects of GHB use can include drowsiness, dizziness, nausea, vomiting, and vision changes. People who take GHB may become unconscious, stop breathing, and go into a coma. Using GHB can kill you.  Because both GHB and alcohol are depressants, mixing the two can be very dangerous. GHB is also commonly referred to as the "date-rape drug."

New Orleans, Louisiana for $71.16. Law enforcement authorities obtained video footage from the Walmart and found an individual matching **SCHENCK's** description, accompanied by two other males and a female, using S.A.'s Chase bank debit card to make the $81.04 purchase. **SCHENCK** and the other individuals then left the Walmart and got into a white Mercedes SUV.

*Summer 2017: Georgia*

36.      According to police reports, in about August 2017, an adult male located in Kennesaw, Georgia, met Berry via the social media cellular phone application Juamo. Berry traveled to the adult male's home, and they consumed alcoholic beverages. The adult male began to "feel strange" and then lost consciousness. When the adult male woke up the next morning, he found multiple items missing from his home including his credit cards, a silver iPad, a black iPad, and two cellular phones. The adult male filed a police report with the Ackworth, Georgia Police Department and advised that his neighbor had seen Berry arrive to his home in a white Mercedes SUV. The adult male also provided police with the serial numbers for one of his iPads, his laptop computer, one of his stolen cellular phones. The Ackworth Police Department was able to determine that one of the stolen iPads had been sold at a Walmart with store #937, and the other had been sold at a Walmart store #2360. The individual who sold the iPads presented Berry's Louisiana Identification Card. In addition, surveillance footage was obtained from multiple Target stores at which the male's credit card was used to make fraudulent purchases. The surveillance footage showed both individuals matching the descriptions of Berry and **SCHENCK** making unauthorized purchases on the male's credit cards. Further, surveillance from one of the Target stores showed an individual matching **SCHENCK's** description, after making a fraudulent purchase, leaving the store in a white Mercedes.

37.     According to police reports, in about August 2017, an adult male located in Marietta, Georgia met Berry via the social media cellular phone application Tinder.  Berry traveled to his home, and together they consumed alcoholic beverages.  The male lost consciousness, and he when awoke, Berry had left.  That next morning, the male received an alert on his phone that there was a fraudulent charge of approximately $471.65 on his debit card. The male also discovered that numerous items were missing, including his wallet, driver's license, debit card, credit card, and $150 in cash.  The male subsequently contacted his debit card company to cancel his card, and the debit card company notified him that two additional fraudulent charges had been made online. The male discovered that his debit card had been used to make purchases totaling more than $1,300 without his knowledge or authorization.

38.     The male (referenced in Paragraph 37) filed a report with the Cobb County Police Department. Subsequent investigation by the Cobb County Police Department revealed that the debit card was used to make payments by and on behalf of **SCHENCK** and Berry.  For example, one of the charges, in the amount of approximately $183, was made to repay an overpayment related to Pell Grant in the name of B.S., **SCHENCK's** wife.  Additionally, video obtained from a Kroger grocery store in Decatur, Georgia, showed an adult male matching **SCHENCK's** description and an adult female matching Berry's description using the debit card to purchase groceries and four gift cards.

39.     According to police reports, on about September 12, 2017, an adult male located in Sandy Springs, Georgia met Berry via the website "Meet Up."  Berry and the male agreed to meet at a CVS pharmacy near his residence. The male observed a man matching **SCHENCK's** description driving Berry to the CVS in a white Mercedes Benz R-350.  The male drove Berry back to his house, and together they consumed alcoholic beverages and engage in sexual contact.

14

The male lost consciousness, and when he awoke, Berry had left.  The male reported that numerous items were missing, including his car (Jeep Grand Cherokee), multiple cellphones, and a laptop computer.  The male used the "Find my iPhone" application to locate one of his missing cellphones, and the application indicated that the phone was located at an Extended Stay Hotel, located at 1050 Hammond Drive, Sandy Springs, Georgia.

40.     According to law enforcement authorities, on about September 13, 2017, law enforcement authorities and the male referenced in Paragraph 39 met near the Extended Stay Hotel.  The Mercedes Benz used to drop off Berry at the CVS pharmacy was parked in front of Room 303, which was rented in **SCHENCK's** name.  Law enforcement authorities observed **SCHENCK** leave Room 303 and attend to the Mercedes Benz.  Thereafter, law enforcement authorities knocked on the door to Room 303, and Berry answered the door.  Berry was bleeding from her nose, had a swollen lip and puncture consistent with her teeth biting through her lip, and black electrical tape around one of her arms.  Law enforcement authorities subsequently obtained a search warrant for Room 303 and, upon executing the warrant, seized numerous items, including the cellular telephone, safe, laptop computer, and personal documents belonging to the male referenced in Paragraph 39.

41.     Following **SCHENCK** and Berry's arrest in Sandy Springs, Georgia, a search warrant was obtained for three of Berry and **SCHENCK's** cellular phones. A review of the search warrant results showed that the black Apple iPhone model A1784, known to be associated with **SCHENCK**, contained pictures of the Social Security card, driver's license, and birth certificate of the male referenced in Paragraph 37.

42.     In about January 2019, the Sandy Springs Police Department released evidence from their case to the FBI. Included in the evidence were the search warrant results from three

cellular phones seized from Extended Stay Hotel Room 303.   Review of the search warrant results of **SCHENCK's** black Apple iPhone model A1784 revealed the following pertinent information:

a.  The    Apple    ID    associated    with    the    phone    was    email    address randyschenck@yahoo.com and the phone number associated with the phone was (404) 247-2297.

b.  Evidence of chat correspondence with multiple individuals through the online dating application MeetMe.

c.  Saved in the contacts section of the phone was the MeetMe user identification information for the adult male whom was the victim of the Sandy Springs matter.

d.  Phone number (404) 247-3478 was saved as a contact number under the name "Phat iPhone" (Affiant's note: Berry had advised in previous statements that "Phat" was the nickname **SCHENCK** used for her.)

43.    Additionally, **SCHENCK's** black Apple iPhone, Model A1784 contained chat messages between **SCHENCK's** phone (phone number (404) 247-2297) and Berry's phone (phone number (404) 247-3478), including the following:

a.  September 2, 2017:

**SCHENCK:** Anyone talking to you or catching your eye

**Berry:** Yes a guy he stay in norcross []He want me to come to his apartment he stay alone

**SCHENCK:** Uber? Do he look like he have cash

**Berry:** Yes.Yes Uber

**SCHENCK:** Ok good luck I'll watch your life 360

16

**Berry:** OK []1980 PIN number

**SCHENCK:** Ok is he drunk

**Berry:** Will send location on life 360 when I get there [] Yes

SCHENCK: I see you moving just press check in once you made it

**Berry:** Ok [] Apt number 620

**SCHENCK:** Ok

**Berry:** Just sent location [] Z pattern to other phone 2cross 3 down…2left [] Sorry luv, just noting the codes to his devices

**SCHENCK:** Ok did you dp I know love

**Berry:** Yes Dp2 [] He feeling it, just playing part until he go down

**SCHENCK:** Ok

**Berry:** Let me focus, text you later

**SCHENCK:** Call me when your in his car

**Berry:** Balance $354.77 $97.40 available for purchases

**SCHENCK:** Ok

b.   September 3, 2017:

**SCHENCK:** I made it love

**Berry:** Ok

**SCHENCK:** How is it looking

**Berry:** It's looking good, just have to find that right one that's alone

**SCHENCK:** True you will love

**Berry:** [Two okay emojis] I know I haven't caught yet luv, but it's still a lot going on. Did you say you were giving me to 12:30 -1?

17

**SCHENCK:** Yes how are you feeling

**Berry:** With someone…he stay at the Westin…I can tell he been drinking...just working him right now

**SCHENCK:** Ok

**Berry:** 3867 pin 2 phone." "Going to Westin, will text room number soon

**SCHENCK:** I

**Berry:** 4216 room number[.] I'm high up, it says no service on my phone, it just might be delayed…just letting u know

**SCHENCK:** Ok I'm out here

**Berry:** Ok

**SCHENCK:** Parking by ritz Carlton

**Berry:** Kk

**SCHENCK:** Are you able to dp

**Berry:** Yes about to be 2dp. In the process of the second dp[] Can you make sure you are as close to the Westin as possible[?] He laying down, but still moving a bit

**SCHENCK:** I am I'm next door

**Berry:** Ok

**SCHENCK:** B smart Westin have security outside[] Is the safe open[] Just be smart take your time

**Berry:** He woke up, give me a minute

**SCHENCK:** R u ok

**Berry:** Yes

c.  September 12, 2017:

**SCHENCK:** You can crack the door we in driveway

**Berry:** [Residence of male reference in Paragraph 39]

**SCHENCK:** Did you get his pin  Do u see good shit in there  Are u tryna dp

**Berry:** yes, yes, yes

**SCHENCK:** Ok just plz b safe

**Berry:** I will, text you soon with dp

**SCHENCK:** Ok

**Berry:** 666666 pin to phone [] Dp1

**SCHENCK:** Ok

**Berry:** Dp2

**SCHENCK:** [Money emoji and okay emoji]

**Berry:** He feeling it, shouldn't be much longer now

**SCHENCK:** Ok

**Berry:** He going down slowly but surely [] Will call when he all the way out

**SCHENCK:** Ok

**Berry:** He going down

44.  Based upon the above, probable cause exists to conclude Randy Jonal Schenck ("**SCHENCK**") has committed acts of conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1343, 1349; aggravated identity theft, in violation of Title 18, United States Code, Section 1028A; transportation generally, in violation of Title 18, United

19

States Code, Section 2421; and sex trafficking, in violation of Title 18, United States Code,

Sections 1591(a)(1) and (a)(2).

Respectfully submitted,

Jennifer L. Terry
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me,
this ____ day of June, 2019.

HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

20